1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLETE REO HART, | No. CIV S-05-1581-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| Y. CHENG, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an application to proceed in forma pauperis, with appropriate supporting affidavits and certifications, or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. The court will address plaintiff's complaint upon compliance with this order.

/ / /

/ / /

/ / /

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.     Plaintiff shall submit on the form provided by the Clerk of the Court,
3  within 30 days from the date of this order, a complete application for leave to proceed in forma
4  pauperis, including the required affidavits and certifications, or the appropriate filing fee; and
5     2.     The Clerk of the Court is directed to send plaintiff a new form Application
6  to Proceed In Forma Pauperis By a Prisoner.

8  DATED: October 5, 2005.

```
                                      _____
                                       CRAIG M. KELLISON
                                       UNITED STATES MAGISTRATE JUDGE
```